July 31, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DON E. KILPATRICK, Appellant

NO. 14-13-00707-CV                              V.

ADRIANA POTOCZNIAK, Appellee

_____

Today the Court heard appellee's joint motion to vacate the judgment signed by the court below on July 25, 2013, and dismiss the appeal. Having considered the motion and found it meritorious, we order the judgment **VACATED** and the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal. We further order that appellant's surety, SureTec Insurance Company, be released from any and all liability under Supersedeas Bond POA #4221206.

We further order this decision certified below for observance.